Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Corpus Christi_ DIVISION

_Brenda C. Armstead_ §
§
versus §
§ CIVIL ACTION NO. _____
§
_Hillary Clinton_ §
_Ted Cruz_ §
_Jeb Bush_ §

ORIGINAL COMPLAINT _Petition_

1. According to page 1 #2-2: Plaintiff, Brenda C. Armstead, is a current resident of Texas. Named Defendants: Hillary Clinton, resident of N.Y., Ted Cruz, resident of Texas, is a U.S. Senator Federal Jurisdiction, and Jeb Bush, resident of Florida, according to 28 U.S.C. § 1391, this suit maybe brought in the District where Plaintiff resides. Plaintiff resides Corpus Christi Division, Southern District of Texas. Source: Guidelines for Litigants Without Lawyers Southern District of Texas, giving this Court jurisdiction.

2. Case on file U.S. District Court, Southern District of Texas, Houston Division, Mail: P.O. Box 61010, Houston, Texas 77208 Delivery: 515 Rusk, Room 1217, Houston, Texas 77002 and U.S. District Court, Southern District of Texas, Galveston Division, Mail: P.O. Box 2300, Galveston, Texas, 77553, Delivery: 601 Rosenberg, Room 411, Galveston, Texas, 77550, Case: Armstead vs. George W. Bush Jr., Judge Hughes, Judge Kent, U.S. Magistrate John Froeschner for the Permanent Appointment of Bush Jr. as President placed in Office as President by a Court order U.S. Supreme

2. (continued) Court election 2000 As a President of the United States, it is World Leader Status Support: Thomas Feyer Opinions Editor N.Y Times. As a World Leader, that would fall under the jurisdiction of the International Court, P.O. Box 19519, 2500 cm, The Hague, The Netherlands.

3. That case Armstead vs Bush Jr. needs forwarded to the Court of appropriate jurisdiction: The International Court P.O. Box 19519, 2500 cm, The Hague, The Netherlands.

4. During any election year and 2016 is a Presidential Election year, the United States has two Presidents in office from Nov to Jan. That can be extended to all 12 months with additional Presidents. Purpose: The Spread of Democracy to Stop War. Multiple U.S. Presidents living around the Globe to promote World Leader friendships.

5. Defendant Hillary Clinton has experience as a World Leader being First Lady with President Bill Clinton. Support to appointment as President to the United States, 2016, this Petition forwarded to the International Court.

6. Defendant Ted Cruz - U.S. Senate - lawyer, professor - Jurisdiction over the office of the U.S. Supreme Court, winning the Popular Vote of the People, 2016,

6. Continued - as President for the United States, 2016, this Petition forwarded to the International Court.

7. Previous, two Presidential Candidates, U.S., John Kennedy and Robert Kennedy both suffered murder and death depending on Campaign Contributions to be President. If elections had been turned over to the International Court for that high office, both men could have been alive today. Further, travel is unsafe during the Winter months for these Candidates running a Presidential race. And a court order for the post/office as President stops Political Corruption.

8. Defendant Jeb Bush has foreign experience with a father Bush Sr. as President and a brother, George W. Bush Jr. as President. Both can advise named defendant Jeb Bush in matters at home and foreign policy as President for the United States, 2016, this Petition forwarded to the International Court.

9. To promote this spread of Democracy, U.S. Presidents living around the World, other World Leaders need to be able to be included in this cause. Fed. R. Civ. P. 12 (b).

Further support: Armstead vs. Pope Benedict, Justice Sotomayor NY, Queen Elizabeth England Removal Thru Ans...

Certificate of Service

I hereby certify the mailing U.S. mail to the following named parties:

Hillary Clinton
c/o Governor Andrew Cuomo NY
P.O. Box 4105
NY, NY 10163

Ted Cruz
c/o Governor Greg Abbott Texas
P.O. Box 12428
Austin, Texas 78711-2428

Jeb Bush
c/o Governor of Florida Rick Scott
400 S. Monroe St,
Tallahassee, Florida 32399

This 11th day of Feb, 2016 (Jeb Bush's Birthday) along with service to this Honorable Court U.S. District Court, Southern District of Texas, Corpus Christi Division, 1133 North Shoreline Blvd., Corpus Christi, Texas 78401.

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 1456
Corpus Christi, Texas 78403-1456

United States District Court
Southern District of Texas
Corpus Christi Division

Brenda C. Armstead

versus

Hillary Clinton               Civil Action No.
Ted Cruz
Jeb Bush

Original Petition (copy)

1. According to page 1 #2-2: Plaintiff, Brenda C. Armstead is a current resident of Texas. Named Defendants: Hillary Clinton, Resident of N.Y., Ted Cruz, resident of Texas, is a U.S. Senator Federal Jurisdiction, and Jeb Bush, resident of Florida and according to 28 U.S.C. #1391, this suit maybe brought in the District where Plaintiff resides. Plaintiff resides Corpus Christi Division, Southern District of Texas. Source: Guidelines for Litigants without Lawyers Southern District of Texas, giving this court jurisdiction.

2. Case on file U.S. District Court Southern District of Texas Houston Division, Mail: P.O. Box 61010, Houston, Texas, 77208 Delivery: 515 Rusk, Room 1217, Houston, Texas, 77002 and U.S. District Court, Southern District of Texas, Galveston Division, Mail: P.O. Box 2300, Galveston, Texas, 77553 Delivery: 601 Rosenberg, Room 411, Galveston, Texas, 77550 Case: Armstead vs. George W. Bush Jr., Judge Hoyt, Judge Kent, U.S. Magistrate John Froeschner for the Permanent Appointment of Bush Jr. as President placed in office as

2. (continued) Request as a need also - U.S. Supreme Court election 2000. As a President of the United States, it is World Leader Status. Support: Thomas Feyer Opinions Editor NY Times. As a World Leader, that would fall under the jurisdiction of the International Court, P.O. Box 19519, 2500 CM, The Hague, The Netherlands.

3. That Case: Armstead vs. Bush Jr. needs forwarded to the Court of appropriate jurisdiction. The International Court P.O. Box 19519, 2500 CM, The Hague, The Netherlands.

4. During any election year and 2016 is a Presidential Election year, The United States has two Presidents in office from Nov to Jan. That can be extended to all 12 months with additional Presidents.
Purpose: The Spread of Democracy to Stop War. Multiple U.S. Presidents living around the Globe to Promote World Leader friendships.

5. Defendant Hillary Clinton has experience as a World Leader being First Lady with President Bill Clinton. Support for appointment as President to the United States, 2016, this Petition forwarded to the International Court.

6. Defendant Ted Cruz - U.S. Senator, Lawyer, Professor. Jurisdiction over the Office of the U.S. Supreme Court

6. Kennedy winning the Popular vote is The People, 2016, as President for The United States, 2016. This Petition forwarded to the International Court.

7. Previous two Presidential Candidates, U.S., John Kennedy and Robert Kennedy both suffered murder and death depending on Campaign contributions to be President. If elections had been turned over to the International Court for that high office, both men could have been alive today. Further, travel is unsafe during the Winter months for these candidates running a Presidential race. And a Court order for the post/office as President stops Political Corruption.

8. Defendant Jeb Bush has family experience with his father Bush Sr. as President and a brother, George W. Bush Jr. as President. Both can advise named defendant Jeb Bush in matters at home and foreign policy as President for the United States 2016. This Petition forwarded to the International Court.

9. To promote this Spread of Democracy, U.S. Persons living around the World, other World Leaders need to be able to be included in this Cause. Fed. R. Civ. P. 12(b). Further support: Armstead vs Pope Benedict Justice Sotomayor NY - Queen Elizabeth England Permanent Throne Appointment.

Certificate of Service

I hereby certify the mailing U.S. mail to the following named parties.

Hillary Clinton
c/o Governor Andrew Cuomo, NY
P.O. Box 4165
NY, NY 10163

Ted Cruz
c/o Governor Greg Abbott, Texas
P.O. Box 12428
Austin, Texas 78711-2428

Jeb Bush
c/o Governor of Florida Rick Scott
400 S. Monroe St.
Tallahassee, Florida 32399

11th (Jeb Bush's Birthday)
this ~~fifth~~ day of Feb. 2016, along with service to this Honorable Court U.S. District Court, ~~Southern~~ District of Texas, Corpus Christi Division, 1133 North Shoreline Blvd., Corpus Christi, Texas 78401

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 1456
Corpus Christi, Texas 78403-1456

United States District Court
Southern District of Texas
Corpus Christi Division

Brenda C. Armstead

Versus

Hillary Clinton      Civil Action No:
Ted Cruz
Jeb Bush

Original Petition (Copy)

1. According to page1 #2-2. Plaintiff, Brenda C. Armstead, is a current resident of Texas. Named defendants: Hillary Clinton, Resident of N.Y., Ted Cruz, resident of Texas, is a U.S. Senator Federal Jurisdiction, and Jeb Bush, resident of Florida and according to 28 U.S.C. #1391, this suit maybe brought in the District where Plaintiff resides. Plaintiff resides Corpus Christi Division, Southern District of Texas. Source: Guidelines for Litigants without Lawyers Southern District of Texas, giving this court jurisdiction.

2. Case on file U.S. District Court, Southern District of Texas, Houston Division, Mail: P.O. Box 61010, Houston, Texas, 77208 Delivery: 515 Rusk, Room 1217, Houston, Texas. Case on file U.S. District Court, Southern District of Texas, Galveston Division Mail: P.O. Box 2300, Galveston, Texas 77553 Delivery: 601 Rosenberg, Room 411, Galveston, Texas, 77550. Case. Armstead vs. George W. Bush Jr., Judge Hughes, Judge Kent, U.S. Magistrate John Froeschner for the Permanent Appointment of Bush Jr. as President

2. U.S. Supreme Court election 2016. As a President of the United States, it is World Leader Status. Support: Thomas Feyer, Opinions Editor NY Times. As a World Leader, that would fall under the jurisdiction of the International Court, P.O. Box 19519, 2500 cm, The Hague, The Netherlands.

3. That Case: Armstead vs. Bush Jr needs forwarded to the court of appropriate jurisdiction. The International Court, P.O. Box 19519, 2500 cm, The Hague, The Netherlands.

4. During any election year and 2016 is a Presidential Election Year, The United States has two Presidents in office from Nov. to Jan. That can be extended to all 12 months with additional Presidents. Purpose: The Spread of Democracy to stop War. Multiple U.S. Presidents living around the Globe to Promote World Leader friendships.

5. Defendant Hillary Clinton has experience as a World Leader being First Lady with President Bill Clinton. Upon appointment as President for the United States, 2016, this Petition forwarded to the International Court.

6. Defendant Ted Cruz - U.S. Senator - Lawyer, Professor - Jurisdiction over the office of the U.S. Supreme Court,

6. Winning the Popular Vote of The People, 2016, as President for The United States, 2016, This Petition forwarded to The International Court.

7. Previous two Presidential Candidates, U.S., John Kennedy and Robert Kennedy both suffered murder and death depending on campaign contributions to be President. If elections had been turned over to the International Court for that high office, both men could have been alive today. Further, travel is unsafe during the Winter Months for those candidates running a Presidential race. And a court order for the post/office as President stops Political Corruption.

8. Defendant Jeb Bush has family experience with a father Bush Sr. as President and a brother, George W. Bush Jr. as President. Both can advise named defendant Jeb Bush in matters at home and foreign policy as President for the United States 2016, This Petition forwarded to the International Court.

9. To Promote this Spread of Democracy, U.S. Presidents _____ to be able to be included in this cause. Fed. R. Civ. P. 12(b). Further Support: Armstead vs. Pope Benedict Justice Sotomayor NY - Queen Elizabeth England Permanent Throne Appointment.

Certificate of Service

I hereby certify the mailing U.S. Mail to the following named parties:

Hillary Clinton
℅ Governor Andrew Cuomo NY
P.O. Box 4105
NY, NY 10163

Ted Cruz
℅ Governor Greg Abbott Texas
P.O. Box 12428
Austin, Texas 78711-2428

Jeb Bush
℅ Governor of Florida Rick Scott
700 S. Monroe St.
Tallahassee, Florida 32379

This ~~fifth~~ 11th day of Feb. 2016, (Jeb Bush- Birthday) along with service to this Honorable Court U.S. District Court, Southern District of Texas, Corpus Christi Division, 1133 North Shoreline Blvd., Corpus Christi, Texas 78401.

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 1456
Corpus Christi, Texas 78403-1456

United States District Court
Southern District of Texas
Corpus Christi Division

Brenda C. Armstead

versus

Hillary Clinton                    Civil Action No.
Ted Cruz
Jeb Bush

Original Petition (Copy)

1. According to page 1 #2-2, Plaintiff, Brenda C. Armstead, is a current resident of Texas. Named defendants: Hillary Clinton, Resident of NY, Ted Cruz, resident of Texas, is a US Senator Federal Jurisdiction, and Jeb Bush, resident of Florida and according to 28 U.S.C. #1391, This suit maybe brought to the District where Plaintiff resides. Plaintiff resides Corpus Christi Division, Southern District of Texas. Source: Guidelines for Litigants without Lawyers Southern District of Texas, giving this court jurisdiction.

2. Case on file U.S. District Court, Southern District of Texas, Houston Division, Mail: P.O. Box 61010, Houston, Texas, 77208 Delivery: 515 Rusk, Room 1217, Houston, Texas, [illegible] District Court, Southern District of Texas, Galveston Division Mail: P.O. Box 2300, Galveston, Texas 77553 Delivery: 601 Rosenberg, Room 411, Galveston, Texas, 77550, Case: Armstead vs. George W. Bush Jr., Judge Hughes, Judge Kent, U.S. Magistrate John Froeschner for The Permanent Appointment of Bush Jr. as President placed in office as President by a court order

2. U.S. Supreme Court election 2000. As a President of The United States, it is World Leader Status. Support: Thomas Feyer Opinions Editor NY Times. As a World Leader, that Would fall under the jurisdiction of the International Court, P.O. Box 19519, 2500 CM, The Hague, The Netherlands.

3. That Case: Armstead vs. Bush Jr. needs forwarded to the court of appropriate jurisdiction: The International Court, P.O. Box 19519, 2500 CM, The Hague, The Netherlands.

4. During any election year and 2016 is a Presidential Election Year, The United States has two Presidents in office from Nov. to Jan. That Can be extended to all 12 months with additional Presidents.
Purpose: The Spread of Democracy to stop War. Multiple U.S. Presidents living around the Globe to Promote World Leader friendships.

5. Defendant Hillary Clinton has experience as a World Leader being First Lady with President Bill Clinton. Support to appointment as President to The United States, 2016, This Petition forwarded to the International Court.

6. Defendant Ted Cruz - U.S. Senator - lawyer, Professor - Jurisdiction over the office of the U.S. Supreme Court

6. Winning the Popular Vote of the People, 2016, as President for The United States, 2016, This Petition forwarded to the International Court.

7. Previous two Presidential Candidates, U.S., John Kennedy and Robert Kennedy both suffered murder and death depending on Campaign contributions to be President. If elections had been turned over to the International Court for that high office, both men could have been alive today. Further, travel is unsafe during the Winter months for these candidates running a Presidential race. And a court order for the post/office as President stops Political Corruption.

8. Defendant, Jeb Bush, has family experience with a father Bush Sr. as President and a brother, George W. Bush Jr. as President. Both can advise named defendant Jeb Bush in matters at home and foreign policy as President for the United States, 2016, This Petition forwarded to the International Court.

9. To Promote this Spread of Democracy, U.S. Presidents living about the world, too in this limited race to be able to be included in this Cause Fed. R. Civ. P. 12(h). Further, Support. Armstead vs. Pope Benedict Justice Setemeyer NY — Queen Elizabeth England Permanent Throne Appointment.

Certificate of Service

I hereby certify the mailing U.S. Mail to the following named parties:

Hillary Clinton
% Governor Andrew Cuomo NY
P.O. Box 4105
NY, NY 10163

Ted Cruz
% Governor Greg Abbott Texas
P.O. Box 12428
Austin, Texas 78711-2428

Jeb Bush
% Governor of Florida Rick Scott
400 S. Monroe Street
Tallahassee, Florida 32399

this 11th Day of Feb., 2016, (Jeb Bush's Birthday), along with Service to this Honorable Court, U.S. District Court, Southern District of Texas, Corpus Christi Division, 1133 North Shoreline Blvd., Corpus Christi, Texas 78401

Respectfully Submitted,
Brenda C. Armstead
P.O. Box 1456
Corpus Christi, Texas 78403-1456

To The Clerk,

According to 8-A: "A summons must be prepared in duplicate by the Plaintiff for each defendant."

<u>Notation</u> Copyright laws prevented me from doing that and I was only given one form

Brenda C. Armstead
2-5-16